IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IN RE:

DANIELLE MARIE AXELSON,                                    Case No. 22-11609-cjf
                Debtor.                                    Chapter 7

DANIELLE MARIE AXELSON,

                Plaintiff,

v.                                                         Adversary Case No. 23-00005

U.S. DEPARTMENT OF EDUCATION,

                Defendant.

## STIPULATION TO DISCHARGEABILITY

Plaintiff Danielle Marie Axelson (Axelson) and the U.S. Department of Education (Education) stipulate as follows:

1. Axelson's repayment of her student loan obligation owing to Education would impose an undue hardship.

2. In view of the imposed undue hardship on Axelson, the undersigned parties agree that her student loan obligations to Education should be declared dischargeable under 11 U.S.C. § 523(a)(8).

3. The Court may enter an order consistent with the terms of this Stipulation.

[signatures on following page]

Dated January 25, 2024

Respectfully Submitted,

For U.S. Department of Education:

TIMOTHY M. O'SHEA
United States Attorney

By:

*s/ Theresa M. Anzivino*
THERESA (ESA) M. ANZIVINO
Assistant United States Attorney
United States Attorney's Office
222 West Washington Avenue, Suite 700
Madison, WI  53703
Phone: (608) 264-5158
theresa.anzivino@usdoj.gov

Dated January 30, 2024

For Plaintiff:

DANIELLE MARIE AXELSON

By:

*/s/Deborah A. Stencel*
DEBORAH A. STENCEL
Miller & Miller Law, LLC
633 W. Wisconsin Ave., Suite 500
Milwaukee, WI 53203
Telephone: (414) 395-4501